TAYLOR
DUANE
BARTON&
GILMAN LLP
ATTORNEYS AT LAW

WRITER'S E-MAIL ADDRESS:
sadams@taylorduane.com

July 7, 2006

**VIA HAND DELIVERY**

Civil Court Clerk
United State District Court
Federal Building
Providence, RI 02903

Re: Gloria A. Brethour, personal representative of the estate of Ross Maxwell Brethour v. Viad Corp. for Griscom-Russell
Providence County Superior Court C.A. No. 06-2919

Dear Sir or Madam:

We are enclosing, pursuant to Rule 81 of the Local Rules of the United States District Court for the District of Rhode Island, certified copies of all records and proceedings in the Providence County Superior Court and a certified copy of all docket entries in the Providence County Superior Court in the above matter.

Thank you for your attention to this matter.

Very truly yours,

Stephen Adams

SA/kb
Enclosures
cc: All Counsel of Record (w/out enclosure)
296063