STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-2919 GLORIA A BRETHOUR V A W CHESTERTON COMPANY

Filing Date: 05-31-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: ASBESTOS CASES
Status Date: 07-07-2006

Plaintiff: GLORIA BRETHOUR
ID: @10842907
Attorney: ROBERT SWEENEY

Defendant: A.W. CHESTERTON COMPANY
ID: @10842910
Defendant: AFC-HOLCROFT LLC
ID: @10842913
Defendant: AMERICAN STANDARD INC
ID: @10842914
Defendant: BAYER CROPSCIENCE INC.
ID: @10842915
Defendant: BELL & GOSSETT COMPANY
ID: @10842916
Defendant: BONDEX INTERNATIONAL INC.
ID: @10842918
Defendant: CARRIER CORPORATION
ID: @10842919
Defendant: CBS CORPORATION
ID: @10842920
Defendant: THE COON - DEVISSER COMPANY
ID: @10842922
Defendant: CRANE COMPANY
ID: @10842923
Defendant: CROWN CORK & SEAL COMPANY INC.
ID: @10842924
Defendant: D.B. RILEY INC.
ID: @10842926
Defendant: DOW CHEMICAL
ID: @10842928
Defendant: ELIOTT TURBOMACHINERY COMPANY
ID: @10842930
Defendant: ENPRO INDUSTRIES INC.
ID: @10842931
Defendant: FALK CORPORATION
ID: @10842932
Defendant: FLOWSERVE US, INC.
ID: @10842933
Defendant: FOSTER WHEELER CORP.
ID: @10842934

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Attorney: MARK DENEHY
Attorney: VICTORIA ALMEIDA
Attorney: RANDOLPH TOTTEN
Attorney: JAMES OSWALD

Defendant: GARLOCK SEALING TECHNOLOGIES LLC

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-2919 GLORIA A BRETHOUR V A W CHESTERTON COMPANY

GARLOCK SEALING TECHNOLOGIES LLC
ID: @10842935
Defendant: GENERAL ELECTRIC COMPANY
ID: @10842938
Defendant: GENERAL MOTORS CORPORATION
ID: @10842939
Defendant: GEORGIA - PACIFIC CORPORATION
ID: @10842940
Defendant: GOODRICH CORPORATION
ID: @10842941
Defendant: GOULDS PUMPS INCORPORATED
ID: @10842942
Defendant: GRINNELL CORPORATION
ID: @10842943
Defendant: HERCULES CHEMICAL CO, INC. Attorney: MICHAEL CHEFITZ
ID: @10842944
Defendant: HONEYWELL INTERNATIONAL INC.
ID: @10842945
Defendant: HOPEMAN BROTHERS
ID: @10842946
Defendant: IMO INDUSTRIES INC.
ID: @10842947
Defendant: INGERSOLL - RAND COMPANY
ID: @10842948
Defendant: ITT INDUSTRIES, INC.
ID: @10842949
Defendant: LESLIE CONTROLS INC.
ID: @10842950
Defendant: MCBRIDE INDUSTRIES INC.
ID: @10842951
Defendant: MELRATH COMPANY
ID: @10842952
Defendant: METROPOLITIAN LIFE INSURANCE CO.
ID: @10842953
Defendant: THE NASH ENGINEERING COMPANY
ID: @10842954
Defendant: PACKINGS & INSULATION COMPANY
ID: @10842955
Defendant: P.I.C. CONTRACTORS INC.
ID: @10842957
Defendant: RAPID AMERICAN CORP.
ID: @10842958
Defendant: RPM INTERNATIONAL INC.
ID: @10842959

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-2919 GLORIA A BRETHOUR V A W CHESTERTON COMPANY

Defendant: SPIRAX SARCO INC.
ID: @10842960
Defendant: STERLING FLUID SYSTEMS ( USA) LLC.
ID: @10842961
Defendant: SVI CORPORATION Attorney: PETER MATHIEU
ID: @10842964
Defendant: TYCO VALVES & CONTROLS
ID: @10842965
Defendant: UNION CARBIDE CORPORATION
ID: @10842966
Defendant: VIAD CORP.
ID: @10842967
Defendant: VIKING PUMP INC.
ID: @10842968
Defendant: WARREN PUMPS LLC.
ID: @10842969
Defendant: THE YARWAY CORPORATION
ID: @10842971
Defendant: YARMANS CHICAGO CORPORATION
ID: @10842973

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-31-2006 | COMPLAINT FILED | |
| 05-31-2006 | INITIAL FILING FEE | |
| 05-31-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP227354. |
| 06-14-2006 | MOTION | TO AMEND COMPLAINT ASBESTOS |
| 06-19-2006 | ENTRY OF APPEARANCE | FOR HERCULES CHEMICAL<br>Affiliated: CHEFITZ, MICHAEL J. |
| 06-20-2006 | ANSWER FILED | OF CRANE CO TO COMPLAINT AND CROSS CLAIM |
| 06-20-2006 | ENTRY OF APPEARANCE | OF MARK DENEHY, VICTORIA ALMEIDA, R BART TOTTEN, JAMES R. OSWALD FOR FOSTER WHEELER |
| 06-20-2006 | ANSWER FILED | TO PLTF'S COMPLAINT.<br>Affiliated: CBS CORPORATION |
| 06-21-2006 | ANSWER FILED | Affiliated: FOSTER WHEELER CORP. |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-2919 GLORIA A BRETHOUR V A W CHESTERTON COMPANY

| | | |
|---|---|---|
| 06-21-2006 | ANSWER FILED | Affiliated: TYCO VALVES & CONTROLS |
| 06-21-2006 | ANSWER FILED | Affiliated: A.W. CHESTERTON COMPANY |
| 06-21-2006 | ANSWER FILED | Affiliated: GEORGIA - PACIFIC CORPORATION |
| 06-22-2006 | ENTRY OF APPEARANCE | MARK DENEHY FOR DEF. |
| 06-22-2006 | ENTRY OF APPEARANCE | MARK DENEHY FOR DEF. |
| 06-22-2006 | ANSWER FILED | Affiliated: METROPOLITIAN LIFE INSURANCE CO. |
| 06-22-2006 | ANSWER FILED | Affiliated: CARRIER CORPORATION |
| 06-22-2006 | ANSWER FILED | Affiliated: GRINNELL CORPORATION |
| 06-22-2006 | ANSWER FILED | Affiliated: CARRIER CORPORATION |
| 06-22-2006 | ANSWER FILED | Affiliated: GRINNELL CORPORATION |
| 06-22-2006 | ANSWER FILED | AND CROSS CLAIM OF HERCULES CHEMICAL CO INC |
| 06-23-2006 | ANSWER FILED | Affiliated: INGERSOLL - RAND COMPANY |
| 06-27-2006 | ENTRY OF APPEARANCE | MARK DENEHY FOR DEF UNION CARBIDE. |
| 06-27-2006 | ANSWER FILED | Affiliated: GARLOCK SEALING TECHNOLOGIES LLC |
| 06-29-2006 | ANSWER FILED | Affiliated: SVI CORPORATION |
| 06-29-2006 | ANSWER FILED | Affiliated: SPIRAX SARCO INC. |
| 06-29-2006 | ANSWER FILED | Affiliated: MELRATH COMPANY |
| 06-29-2006 | ANSWER FILED | Affiliated: MELRATH COMPANY |
| 07-07-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT 06-3071 |
| 07-07-2006 | OTH DOC FILED DURING DISCOV | |