UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GLORIA A. BRETHOUR, Personal
Representative of the Estate
of ROSS MAXWELL BRETHOUR

                v.                CA No. 06-307-T

VIAD CORP. for Griscom-Russell

## ORDER OF RECUSAL

I hereby recuse myself from participation in this case.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: July 14, 2006