IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GLORIA A. BRETHOUR, Personal Representative of the Estate of ROSS MAXWELL BRETHOUR

CIVIL ACTION NO. 06-307-T

VERSUS

VIAD CORP. For Griscom-Ruseell

FILED: ____________________

**JOINT MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel comes plaintiff GLORIA A. BRETHOUR, personal representative of the estate of Ross Maxwell Brethour, and defendant VIAD CORP. For Griscom-Russell, who moves this Honorable Court to remand this matter to the Superior Court for the State of Rhode Island, Providence County, on the basis that the parties have determined that the matter was removed improvidently.

RESPECTFULLY SUBMITTED:

EARLY LUDWICK & SWEENEY
265 Church Street, 11th Floor
New Haven, CT 06510
(203) 777-7799 (Telephone)
(203) 785-1671 (Facsimile)

By: ____________________
James F. Early, Esq.
RI Federal Bar No. 3589
Robert J. Sweeney, Esq.
RI Bar No. 5865

TAYLOR DUANE BARTON & GILLMAN
10 Dorrance Street, Suite 700
Providence, RI 02930
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

By: ____________________
Stephen Adams, Esq.
RI Bar No. 5577

**CERTIFICATE OF SERVICE**

I, Stephen Adams, hereby certify that on July 20, 2006, I mailed a copy of the following:

1. Joint Motion to Remand; and
2. Proposed Order.

by regular mail, postage prepaid, to:

All attorneys listed on the attached Service List.

Stephen Adams

SERVICE LIST

| | | |
|---|---|---|
| Richard B. Kirby, Esq.<br>Francis M. Lynch, Esq.<br>Matthew C. Oleyer, Esq.<br>Keegan, Werlin & Pabian, LLP<br>265 Franklin Street<br>Boston, MA 02110 | John Mahoney, Esq.<br>Elaine Gianni, Esq.<br>Asquith, Mahoney & Robinson<br>155 South Main Street, 2nd Floor<br>Providence, RI 02903 | Peter F. Mathieu, Esq.<br>Dennis S. Baluch, Esq.<br>Baluch, Gianfrancesco,<br>Mathieu & Szerlag<br>155 South Main Street<br>Providence, RI 02903 |
| David H. Stillman, Esq.<br>Stillman & Associates, P.C.<br>51 Mill Street, Suite 5<br>Hanover, MA 02339 | Thomas W. Lyons<br>Strauss, Factor, Laing & Lyons<br>222 Richmond Street, Suite 208<br>Providence, RI 02903 | Kelly Jordan-Price, Esq.<br>Hinckley, Allen & Snyder<br>28 State Street<br>Boston, MA 02109-1775 |
| David Stackpole, Esq.<br>Stackpole & French<br>P.O. Box 819<br>Maple Avenue<br>Stowe, VT 05672 | Andrew J. Murray, Esq.<br>Armando Batastini, Esq.<br>Edwards Angell Palmer & Dodge,LLP<br>2800 Financial Plaza<br>Providence, RI 02903 | Stephen T. Armato, Esq.<br>Cetrulo & Capone<br>Two Seaport Lane<br>Boston, MA 02110 |
| Kenneth R. Neal, Esq.<br>John Robinson, Esq.<br>Danaher, Tedford, Lagnese<br>& Neal<br>700 Capitol Place<br>21 Oak Street<br>Hartford, CT 06106-8000 | James McKenna, Esq.<br>McKenna & McCormick<br>128 Dorrance Street, Suite 330<br>Providence, RI 02903 | Dennis T. Grieco, II, Esq.<br>Gidley, Sarli & Marusak<br>One Turks Head Place, Suite 900<br>Providence, RI 02903 |
| Staci L. Kolb, Esq.<br>Blish & Cavanaugh<br>30 Exchange Terrace<br>Providence, RI 02902 | Catherine A. Mohan, Esq.<br>Jeff Thomen, Esq.<br>McCarter & English, LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103 | Dennis M. Duggan, Jr., Esq.<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, MA 02110 |
| Michael Marcello, Esq.<br>William Purdue, Esq.<br>Daniel P. McKiernan, Esq.<br>Morrison Mahoney LLP<br>One Providence Washington<br>Plaza, 6th Floor<br>Providence, RI 02903-7141 | John Manning, Esq.<br>Brian Gross, Esq.<br>Jonathan Tabasky, Esq.<br>Cooley Manion Jones, L.L.P.<br>21 Custom House Street<br>Boston, MA 02110-3536 | Mark O. Denehy, Esq.<br>Adler, Pollack & Sheehan<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345 |
| Peter J. Rubin, Esq.<br>Bernstein, Shur, Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, MA 04101-5029 | Thomas C. Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Place, Suite 1050<br>Providence, RI 02901-1516 | John W. Kershaw, Esq.<br>Rice, Dolan & Kershaw<br>170 Westminster Street, Suite 900<br>Providence, RI 02903 |

| | | |
|---|---|---|
| Judith Perritano, Esq.<br>Pierce, Davis, Fahey & Perritano<br>10 Winthrop Square<br>Boston, MA 02110-1257 | John J. McConnell, Jr., Esq.<br>Vincent L. Greene, Esq.<br>Motley Rice, LLC<br>321 South Main Street<br>Providence, RI 02940-6067 | James Purcell, Esq.<br>Partridge, Snow & Hahn<br>180 South Main Street<br>Providence, RI 02903 |
| Raymond A. LaFazia, Esq.<br>Gunning & LaFazia, Inc.<br>56 Pine Street<br>Providence, RI 02903 | William F. Mueller, Esq.<br>Clemente, Mueller & Tobia, P.A.<br>P. O. Box 1296<br>Morristown, NJ 07962 | Michael Chefitz, Esq.<br>Gilberg, Kurant & Kiernan<br>One Liberty Square<br>Boston, MA 02109 |
| David M. Governo, Esq.<br>Governo Law Firm, LLC<br>260 Franklin Street<br>Boston, MA 02110 | Robert J. Quigley, Jr., Esq.<br>McKenney, Jeffrey & Quigley<br>95 Chestnut Street<br>Providence, RI 02903 | Dos Ubanski, Esq.<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02109-1775 |
| Kevin C. Glavin, Esq.<br>Cutcliffe Glavin & Archetto<br>155 South Main Street, Suite 300<br>Providence, RI 02903 | Justin T. Shay, Esq.<br>Cameron & Mittleman<br>56 Exchange Terrace<br>Providence, RI 02903 | Charles K. Mone, Esq.<br>Campbell, Campbell,<br>Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA 02129 |
| James Sloan, III Esquire<br>Gardner, Sawyer, Gates& Sloan<br>1309 Turks Head Building<br>Providence, RI 02903 | David E. Maglio, Esq.<br>The Owen Building<br>101 Dyer Street, Second Floor<br>Providence, RI 02903 | Robert Sweeney, Esq.<br>Early, Ludwick & Sweeney<br>Century Towers, 11th Floor<br>265 Church Street<br>P.O. Box 1866<br>New Haven, CT 06508-1866 |
| A. Bernard Guekguezian, Esq.<br>George E. Wakeman, Esq.<br>Jennifer Boyd Herlihy, Esq.<br>Adler, Cohen, Harvey,<br>Wakeman & Guekguezian<br>75 Federal Avenue<br>Boston, MA 02110 | Joseph F. Leighton, Jr., Esq.<br>Patrick B. Landers, Esq.<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>155 Federal Street<br>Boston, MA 02110 | Christopher H. Little, Esq.<br>Laura J. Bottaro, Esq.<br>Little Medeiros Kinder Bulman &<br>Whitney<br>72 Pine Street<br>Providence, RI 02903 |
| John Deaton, Esq.<br>The Deaton Law Firm<br>One Richmond Square, Ste 134C<br>Providence, RI 02906 | Thomas F. Holt, Jr., Esq.<br>Kirkpatrick & Lockhart Nicholson<br>Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | Jeffrey S. Brenner, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza<br>Providence, RI 02903 |
| C. Russell Bengston, Esq.<br>Carroll, Kelly & Murphy<br>One Turks Head Place, Suite 400<br>Providence, RI 02903 | | |