IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GLORIA A. BRETHOUR, Personal Representative of the Estate of ROSS MAXWELL BRETHOUR

CIVIL ACTION NO. 06-307-T

VERSUS

VIAD CORP. For Griscom-Ruseell

FILED: ___________________

**ORDER OF REMAND**

Considering the above and foregoing Joint Motion to Remand, and having found good cause for same,

IT IS HEREBY ORDERED that this matter be remanded to the Superior Court for the State of Rhode Island, Providence County.

Providence, Rhode Island, this 17th day of Aug., 2006.

Ronald R. Lagueux

Sr. JUDGE, U.S. DISTRICT COURT

8/17/06